UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENQUA LASHAE SMITH,

        Plaintiff,        Case No. 1:14-cv-666

v.        Honorable Paul L. Maloney

PAULA J.M. MANDERFIELD,

        Defendant.
_____/

**JUDGMENT**

    In accordance with the Opinion filed this date:

    IT IS ORDERED that Plaintiff's action be DISMISSED as frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, because the Court may not exercise jurisdiction over Plaintiff's claim.


Dated: July 16, 2014        /s/Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge